## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01610-RPM-MEH

LISA RUDOLPH,

      Plaintiff,

v.

COMMERCIAL RECOVERY SYSTEMS, INC., a Texas corporation,

      Defendant.

_____

## NOTICE OF DISMISSAL WITH PREJUDICE
_____

**COMES NOW** the Plaintiff by her undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay her or its own attorney's fees and costs.

Dated: October 1, 2012.


                    Respectfully submitted,


                    _s/ David M. Larson_____
                    David M. Larson, Esq.
                    88 Inverness Circle East, Suite I-101
                    Englewood, CO 80112
                    (303) 799-6895
                    Attorney for the Plaintiff