**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01610-RPM-MEH

LISA RUDOLPH,

    Plaintiff,

v.

COMMERCIAL RECOVERY SYSTEMS, INC., a Texas corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

BY THE COURT:

October 4, 2012         s/Richard P. Matsch
_____    _____
DATE                         Richard P. Matsch, Senior District Judge